# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Scott R. Monger and Howard S. Morris, :
                           Appellants   :
                                        :
                     v.               : No. 690 C.D. 2015
                                        :
Upper Leacock Township        :

## O R D E R

**AND NOW,** this 18th day of February, 2016, it is ordered that the above-captioned Memorandum Opinion, filed January 7, 2016, shall be designated OPINION and shall be REPORTED.

 

 

_____
**JAMES GARDNER COLINS, Senior Judge**